# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **MDL NO. 2974** |
| **THIS DOCUMENT RELATES TO:** ) *All Cases Listed on Exhibit 1* ) | 1:20-md-02974-LMM |

## ORDER TO SHOW CAUSE

All Plaintiffs in this MDL are required to cure PFS deficiencies within 15 days of receiving a deficiency notice from Defendants. Defendants have identified the Plaintiffs on **Exhibit 1** to this Order as having failed to cure their PFS deficiencies within the allotted time as required by the Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 331], Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 385], Second Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Second PFS CMO") [Doc. 434], Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Third PFS CMO") [Doc. 553], and Fourth Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Fourth PFS CMO") [Doc. 634].

(collectively "PFS CMOs").

Plaintiffs identified on **Exhibit 1** are **ORDERED TO SHOW CAUSE** within 14 days from the entry of this Order, in a written submission as to why their cases should not be dismissed with prejudice for failure to comply with PFS CMOs. Defendants may file a response within 5 business days after service of Plaintiffs' submission, but Defendants are not required to submit a response unless otherwise ordered by the Court. Failure to show cause by failing to file such a submission within 14 days from the entry of this Order may result in dismissal of Plaintiff's case.

**IT IS SO ORDERED** this the 25th day of February, 2026.

                                                    */s/ Leigh Martin May*
                                                    LEIGH MARTIN MAY
                                                    UNITED STATES DISTRICT JUDGE

|    | Plaintiff | Cause No. |
|----|-----------|-----------|
| 1  | Alto Soto, Maria de Lourdes | 1:21-cv-03343 |
| 2  | Barbecho, Maira Alexander | 1:23-cv-05822 |
| 3  | Batteese-Berry, Jennifer | 1:23-cv-00557 |
| 4  | Bell, Elizabeth | 1:25-cv-03397 |
| 5  | Benalli, Rainneah J | 1:23-cv-02752 |
| 6  | Bradshaw, Nicole | 1:24-cv-00902 |
| 7  | Chambers, Carol | 1:22-cv-04593 |
| 8  | Coleman, Charlena | 1:22-cv-04624 |
| 9  | Crowder-Nadell, Kayla | 1:23-cv-00386 |
| 10 | Curry, Nikki | 1:23-cv-02592 |
| 11 | Day-Lewis, Lisa | 1:21-cv-02552 |
| 12 | Feliz, Katherine I | 1:24-cv-00537 |
| 13 | Frias Carrion, Maritza | 1:22-cv-04707 |
| 14 | Garcia, Heather | 1:22-cv-04740 |
| 15 | Garcia, Melissa | 1:23-cv-02314 |
| 16 | Griswold, Julie L | 1:23-cv-02468 |
| 17 | Hamann, Chante | 1:22-cv-04741 |
| 18 | Harrison, Tamara | 1:22-cv-00515 |
| 19 | Hennings, Katrina | 1:21-cv-03791 |
| 20 | Hightower, Penny | 1:22-cv-01497 |
| 21 | Holman, Michelle | 1:21-cv-03680 |
| 22 | Isenberg, Amanda | 1:23-cv-00388 |
| 23 | Johnson, Shiala | 1:22-cv-04983 |
| 24 | Kagiwada, Casey V | 1:23-cv-05638 |
| 25 | Keach, Ashley | 1:22-cv-02508 |
| 26 | Kitzman, Melissa | 1:25-cv-00951 |
| 27 | Klichevski, NIcole M | 1:24-cv-00831 |
| 28 | Krol-Rude, Margaret L | 1:23-cv-05713 |
| 29 | Laliberte, Shauna | 1:22-cv-03351 |
| 30 | Lamb(Williams), Erin | 1:22-cv-00839 |
| 31 | Lanphear, Crystal | 1:24-cv-02917 |
| 32 | Lashley, Karen | 1:23-cv-01007 |
| 33 | Lively, Kalyn | 1:22-cv-04787 |
| 34 | Lobell, Brooke | 1:24-cv-02372 |
| 35 | Lovejoy, Emma | 1:24-cv-00615 |
| 36 | Lu, Yun | 1:24-cv-02418 |
| 37 | Manzano-Herrera, Yipsi | 1:23-cv-02470 |
| 38 | Marquez, Angela | 1:22-cv-01893 |

| 39 | Martinez, Esmeralda | 1:23-cv-03053 |
| --- | --- | --- |
| 40 | McCoy, Maiya L | 1:23-cv-05661 |
| 41 | McCurdy, Theresa | 1:21-cv-05251 |
| 42 | McKinney, Amara R | 1:23-cv-04373 |
| 43 | McPhee, Rachelle | 1:22-cv-05044 |
| 44 | Moore, Tiphani | 1:22-cv-03467 |
| 45 | Murphy, Kendrick | 1:21-cv-04739 |
| 46 | Murray, Kosha | 1:22-cv-03074 |
| 47 | Newnham, Katie | 1:21-cv-03685 |
| 48 | Novotny, Courtney | 1:21-cv-02911 |
| 49 | Nyemah, Philimena | 1:21-cv-02913 |
| 50 | O, Christina | 1:22-cv-02163 |
| 51 | Olivia, Khemistree | 1:21-cv-03499 |
| 52 | Ortiz, Judith | 1:22-cv-03534 |
| 53 | Owensby, Sherita | 1:22-cv-00421 |
| 54 | Pagnozzi, Leah | 1:23-cv-00097 |
| 55 | Paulson, Brittney | 1:22-cv-04545 |
| 56 | Pavik, Janice | 1:21-cv-04644 |
| 57 | Pullin, Dana Christine | 1:23-cv-05662 |
| 58 | Putka-Ahlqvist, Grace | 1:22-cv-03993 |
| 59 | Rafols, Ashley | 1:22-cv-01944 |
| 60 | Ramos, Lydia | 1:21-cv-05298 |
| 61 | Regan, Kellie | 1:21-cv-02564 |
| 62 | Richard, Holly | 1:23-cv-02453 |
| 63 | Rivera, Nadine | 1:24-cv-02165 |
| 64 | Rodriguez, Alejandra | 1:23-cv-00137 |
| 65 | Ropati-Sokimi, Melisha | 1:22-cv-04544 |
| 66 | Ruiz, Isabel | 1:21-cv-04264 |
| 67 | Schwartz, Lisa J | 1:24-cv-00403 |
| 68 | Shaw, Molly | 1:23-cv-00705 |
| 69 | Sifri, Suzanne | 1:23-cv-00389 |
| 70 | Smith, Nicole M. | 1:21-cv-02335 |
| 71 | St. Martin, Gabrielle | 1:22-cv-04543 |
| 72 | Stanwick, Amy | 1:22-cv-00627 |
| 73 | Stevens, Brandy | 1:21-cv-05179 |
| 74 | Stoker, Michelle | 1:24-cv-00247 |
| 75 | Sutton, Lauren | 1:21-cv-05001 |
| 76 | Taylor, Camille | 1:22-cv-00381 |
| 77 | Torrez, Erica | 1:23-cv-01396 |

| 78 | Travis, Kyhisha | 1:22-cv-01415 |
|----|---|---|
| 79 | Vitense, Brooke | 1:23-cv-00077 |
| 80 | Weaver, Shemika | 1:22-cv-04643 |
| 81 | Weldon, Jacqueline F | 1:23-cv-01006 |
| 82 | Wentworth, Brianne Jean | 1:22-cv-00135 |